# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HK SISHUN TRADE CO., LIMITED <br><br> Plaintiff(s), <br><br> v. <br><br> EGREEN TRANSPORT CORPORATION <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:25–cv–01869–JGB–DTB <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___8/7/2025___

Document No.:  ___17___

Title of Document:  ___Motion to Dismiss___

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ August 7, 2025 _            By: _ /s/ *Trina DeBose  trina_debose@cacd.uscourts.gov* _
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS